IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA D. DOMAN,** | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO.  10-1559 |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this 23rd day of February, 2012, upon consideration of plaintiff's Complaint requesting review of an adverse decision of the Commissioner (Document No. 3, filed April 9, 2010), defendant's Answer (Document No. 9, filed August 19, 2010), Plaintiff's Motion for Summary Judgment (Document No. 16, filed January 7, 2011), and Defendant's Response to Request for Review by Plaintiff (Document No. 17, filed February 8, 2011); and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Document No. 19, filed November 16, 2011), Defendant's Objections to the Report and Recommendation of the United States Magistrate Judge (Document No. 20, filed November 30, 2011), and the record in this case, for the reasons set forth in the Memorandum dated February 23, 2012, **IT IS ORDERED** as follows:

     1.  The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated November 16, 2011, is **APPROVED AND ADOPTED**;

     2. Plaintiff's Motion for Summary Judgment is **GRANTED** to the extent it seeks remand to the Commissioner on the issue of plaintiff's entitlement to SSI after December 31, 2006.

Plaintiff's Motion for Summary Judgment is **DENIED** in all other respects;

    3.  Defendant's Objections to the Report and Recommendation of the United States Magistrate Judge are **OVERRULED**; and

    4.  The case is **REMANDED** to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated November 16, 2011.

**BY THE COURT:**

 /s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**